1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12  OLENA FIGURSKA,                        )
                                           ) No. C 07-4585 PJH
13                  Plaintiff,             )
                                           )
14           v.                            )
                                           ) **STIPULATION TO DISMISS; AND**
15  MICHAEL CHERTOFF, Secretary of the     ) **[PROPOSED] ORDER**
    Department of Homeland Security;       )
16  EMILIO T. GONZALEZ, Director U.S.      )
    Citizenship and Immigration Services;  )
17  DAVID STILL, San Francisco District Director, )
    U.S. Citizenship and Immigration Services; )
18  ROBERT S. MUELLER, III, Director of the )
    Federal Bureau of Investigation;       )
19  ALBERTO GONZALES, Attorney General of  )
    USA,                                   )
20                                         )
                    Defendants.            )
21  _____ )

22      Plaintiff, appearing pro *se*, and Defendants, by and through their attorneys of record, hereby

23  stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without

24  prejudice in light of the fact that the United States Citizenship and Immigration Services is now

25  prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days

26  of the dismissal of this action.

27      Each of the parties shall bear their own costs and fees.

28  ///

Stipulation to Dismiss
C07-4585 PJH                               1

| | |
|---|---|
| 1    Dated: October 22, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |

 

/s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

 

Dated: October 22, 2007     /s/
OLENA FIGURSKA
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
PHYLLIS J. HAMILTON
United States District Judge

Stipulation to Dismiss
C07-4585 PJH      2