# CERTIFICATE OF SERVICE

<u>Olena Figurska v. Michael Chertoff; et al.</u>
**C 07-4585 PJH**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**STIPULATION TO DISMISS; AND [PROPOSED] ORDER**

to be served this date upon the party(ies) as follows:

✓    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

____    **FACSIMILE (FAX)** Telephone No.: _____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

____    **FEDERAL EXPRESS**

____    **CERTIFIED MAIL**

____    **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Olena Figurska, Pro Se
3526 Ramona Street
Palo Alto, CA 94306

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 23, 2007 at San Francisco, California.

                     /s/
            CAROL E. WEXELBAUM
            Legal Assistant